```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10                          EASTERN DIVISION
11  STEPHEN SANCHEZ,               )
                                   )
12              Petitioner,        )   No. EDCV 08-1473 VAP (AJW)
                                   )
13          v.                     )
                                   )   ORDER ADOPTING REPORT AND
14  DEBRA HERNDON, WARDEN,         )   RECOMMENDATION OF
                                   )   MAGISTRATE JUDGE
15              Respondent.        )
    _____)
16
```

17     The Court has reviewed the entire record in this action, the
18 Report and Recommendation of Magistrate Judge ("Report), and
19 petitioner's objections. The Court concurs with and adopts the
20 findings of fact, conclusions of law, and recommendations contained in
21 the Report after having made a <u>de</u> <u>novo</u> determination of the portions
22 to which objections were directed.

23     DATED: December 29, 2010

25                                    _____
                                      Honorable Virginia A. Phillips
26                                    United States District Judge