UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STEPHEN SANCHEZ, | Case No. EDCV 08-1473-VAP(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DEBRA HERNDON, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: December 29, 2010

*(signature)*
Honorable Virginia A. Phillips
United States District Judge